UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cr-104 |
| | ) | |
| AUSTIN LAMPLEY, | ) | |
| | ) | |
| Defendant. | ) | |

FINDINGS AND RECOMMENDATION
OF THE MAGISTRATE JUDGE UPON A
SUPERVISED RELEASE REVOCATION HEARING

TO: THE HONORABLE JAMES T. MOODY
UNITED STATES DISTRICT COURT

This matter came on for hearing before the Honorable Andrew P. Rodovich, United States Magistrate Judge, on July 31, 2019. The United States Government appeared by counsel Assistant United States Attorney Dean Lanter. Defendant Austin Lampley appeared in person and by counsel Adam Tavitas and in the custody of the United States Marshal.

A Supervised Release Revocation Hearing was held. Based upon the record of proceedings the court makes this Report and Recommendation.

The defendant, Austin Lampley, pled guilty to Count 1 of the Indictment, felon in possession of a firearm, and was sentenced to a 30 month term of imprisonment followed by a supervised release term of 24 months.

On February 19, 2019, a Petition for Summons for Offender Under Supervision was filed alleging that the defendant had violated the terms and conditions of his supervised release.

On June 21, 2019, the defendant was arrested.

On June 21, 2019, the Initial Appearance was held.

On July 2, 2019, the defendant stipulated to detention.

On July 3, 2019, the U.S. Probation Office filed an Amended Summary Report of Violations [DE 62].

On July 12, 2019, the defendant by counsel filed a Motion to Transfer Case to Magistrate Judge, which was granted.

On July 17, 2019, District Judge James T. Moody issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(e) and Federal Rule of Criminal Procedure 32.1.

On July 19, 2019, the parties filed the Agreed Disposition of Supervised Release Violation [DE 65].

As a result of the July 31, 2019, Supervised Release Revocation Hearing I FIND as follows:

1. that the defendant has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;
2. that the defendant understands the proceedings, allegations and his rights;
3. that the defendant knowingly and voluntarily admitted that he committed the violation set forth on page 3 of the Agreed Disposition of Supervised Release Violation;

4. that the admitted violation is a Grade C violation, the defendant's criminal history category is III, and the advisory guideline range is 5-11 months incarceration, and the statutory maximum sentence that may be imposed is 2 years imprisonment;

5. that the parties jointly agree to a sentence of the defendant to 5 months imprisonment, including receipt of credit for time served while in federal custody, with no further supervised release to follow; and

6. that the parties have waived their right to appear before Judge Moody for the Supervised Release Revocation Hearing and Sentencing pursuant to Federal Rule of Criminal Procedure 43(a)(3).

I RECOMMEND to Judge Moody as follows:

7. that the defendant be adjudged to have committed the violation of his supervised release described on page 3 of the Agreed Disposition of Supervised Release Violation;

8. that the supervised release of the defendant be revoked;

9. that the agreement of the parties be accepted and the defendant be ordered committed to the United States Bureau of Prisons forthwith to serve 5 months imprisonment, including receipt of credit for time served while in federal custody;

10. that after successful completion of the additional term of imprisonment the defendant not continue on supervised release; and

11. that the sentence be imposed without the defendant making an additional court appearance.

ENTERED this 1st day of August, 2019.

/s/ Andrew P. Rodovich
United States Magistrate Judge