UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:15 CR 104 |
| | ) | |
| AUSTIN LAMPLEY | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated August 1, 2019 (DE # 69), to which no objections have been filed, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the February 19, 2019, Petition (DE # 45). Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of five (5) months, including receipt of credit for time served while in federal custody. After successful completion of the additional term of imprisonment, defendant shall not continue on supervised release. No additional court appearance will be necessary for the imposition of this sentence.

**SO ORDERED.**

Date: August 20, 2019

                                                            s/ James T. Moody
                                                            JUDGE JAMES T. MOODY
                                                           UNITED STATES DISTRICT COURT